PROB. 12B
(7/93)

ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: JAMES MITCHELL    Case Number: CR 00-00450DAE-01

Name of Sentencing Judicial Officer: The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence: 9/4/2001

Original Offense:    Bank Robbery, in violation of 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:   Sixty three (63) months imprisonment to be followed by three (3) years supervised release. The following special conditions were ordered: 1) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 2) That the defendant participate in a substance abuse program, which must include drug testing at the discretion and direction of the Probation Office.

Type of Supervision: Supervised Release    Date Supervision Commenced: 6/10/2005

### PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

Mandatory Condition:    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

### CAUSE

Violation Number | Nature of Noncompliance
--- | ---
1. Special Condition No. 2 | The subject refused to comply with drug testing on 3/17/2006.

Prob 12A
(10/94)

2

On 6/10/2005, the subject began his term of supervision under the U.S. Probation Office, District of Hawaii. During his processing, the subject was referred to the Drug Addiction Services of Hawaii, Inc. (DASH), in Honolulu, Hawaii, for substance abuse treatment and periodic drug testing. The subject was informed that any failure to appear for drug testing or counseling constitutes a refusal to participate in substance abuse treatment. Subsequent to the commencement of supervision, the subject secured gainful employment as a car salesman at Windward Dodge, Kaneohe, Hawaii. He also maintains a stable residence in Kaneohe, Hawaii.

This report concerns the following:

On 3/20/2006, Hina Mauka reported that the subject failed to provide a urine specimen on 3/17/2006. On that date, the subject submitted a urine specimen which tested negative for illicit substances. The subject admitted that he forgot to call Hina Mauka to confirm the 3/17/2006 drug test and agreed to follow any instructions by this officer.

Based upon his overall compliance on supervision, the subject was instructed to attend weekly Alcoholic Anonymous/Narcotic Anonymous meetings. Additionally, in light of U.S. vs. Stephens, it is recommended that the Court amend the mandatory Violent Crimes Control Act drug testing condition as noted above. The modification of this mandatory condition will provide the Probation Office with the necessary tools to monitor the subject and to protect the community. In considering the foregoing steps to address his recent urinalysis stall, it is recommended that the Court take no further action against the subject.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 2/7/2006

Prob 12A
(10/94)

3

THE COURT ORDERS:

[ ✓ ]   The Modification of Conditions as Noted Above
[   ]   Other

_____
DAVID ALAN EZRA
U.S. District Judge

April 6, 2006
_____
Date

PROB 49
(5/96)

# United States District Court

District of Hawaii

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[X]   To modify the conditions of supervision as follows:

Mandatory Condition:   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

Witness: _____CARTER A. LEE_____
CARTER A. LEE
U.S. Probation Officer

Signed: _____JAMES MITCHELL_____
JAMES MITCHELL
Supervised Releasee

3/20/06
Date