PROB. 12B
(7/93)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 7 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: JAMES MITCHELL          Case Number: CR 00-00450DAE-01

Name of Sentencing Judicial Officer: The Honorable David Alan Ezra
                                     U.S. District Judge

Date of Original Sentence: 9/4/2001

Original Offense:    Bank Robbery, in violation of 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:   Sixty three (63) months imprisonment to be followed by three (3) years supervised release. The following special conditions were ordered: 1) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 2) That the defendant participate in a substance abuse program, which must include drug testing at the discretion and direction of the Probation Office.

On 4/6/2006, the Court modified the subject's conditions of supervised release as follows:

Mandatory condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

Type of Supervision: Supervised Release     Date Supervision Commenced: 6/10/2005

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

3.    *That the defendant complete 40 hours of community service at the discretion and direction of the Probation Office.*

4.    *Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street,*

Prob 12A
(10/94)

2

*Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached hereto.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. General Condition | On 11/15/2006, the subject was arrested for violation of Hawaii Revised Statues § 712-1200, Prostitution, a petty misdemeanor offense. |

On 11/20/2006, the subject reported that he was arrested for Prostitution on 11/15/2006. The subject admitted that he attempted to purchase sexual intercourse from an undercover police officer in the downtown area of Honolulu.

On 11/24/2006, the subject's police report was reviewed at the Honolulu Police Department (HPD), Records Division. According to the police report, on 11/15/2006 at approximately 9:20 p.m., the subject approached an undercover police officer at the intersection of Kukui and Nuuanu Avenues. After a short discussion, the subject requested to purchase sexual intercourse and fellatio in exchange for $200. The subject was subsequently arrested for Prostitution.

On 11/28/2006, the subject appeared for an office visit and was questioned about the incident. The subject acknowledged that he attempted to purchase sexual intercourse on 11/15/2006 but denied any prior offenses. The subject claimed that he was traveling home and noticed the undercover officer fronting the sidewalk. The subject then apologized and agreed to accept responsibility for his misconduct. He stated that he intents to pled guilty if charged with an offense.

During his initial release from imprisonment, the subject experienced difficulty complying with the terms of his supervised release. Specifically, the Court was notified of the subject's failure to report for drug testing on multiple occasions due to his irresponsibility and busy work schedule. Since then, the subject successfully completed the Federal Drug Aftercare Program and complied with the other terms and conditions of supervised release. In addition, the subject has maintained full-time employment as a car salesman and resides in Kaneohe, Hawaii. To address the recent matter, the subject has agreed to modify his supervised release conditions which would require his completion of 40 hours of community service and prohibit entry into the Weed and Seed target area.

Given the subject's overall adjustment on supervised release and willingness to address the incident with the modification of his supervised release conditions, it is recomment that the Court allow the subject to remain under the supervision of our office with the recommended modifications to his conditions of supervised release. Based on the aforementioned modifications and the subject's intent to accept responsibility, the Court will not be notified of any further state court proceedings.

Prob 12A
(10/94)

3

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modifications of the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections.

                                                Respectfully submitted by,

                                                CARTER A. LEE
                                                U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date:  11/30/2006

---

THE COURT ORDERS:

[ ✓ ]    The Modification of Conditions as Noted Above
[   ]    Other

                                                DAVID ALAN EZRA
                                                U.S. District Judge

                                                12/6/06
                                                Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

    3.    That the defendant complete 40 hours of community service at the discretion and direction of the Probation Office.

    4.    Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the judgment.

Witness: _____  Signed: _____
CARTER A. LEE                                      JAMES MITCHELL
U.S. Probation Officer                            Supervised Releasee

_____
Date