# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00450DAE |
| CASE NAME: | USA v. James Mitchell |
| ATTYS FOR PLA: | Tracy Hino |
| ATTYS FOR DEFT: | Reginald Minn |
| USPO: | Carter Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5, ESR - no operator |
| DATE: | 3/27/2008 | TIME: | 1:32pm-1:33pm |

COURT ACTION: Probable cause hearing.

Defendant present in custody.

Defendant stipulates that there is probable cause, Government has no objections.

Order to Show Cause Why Supervised Released Should Not Be Revoked-SET for 4/14/2008 @1115am, DAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager