AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00450DAE-01 |

JAMES MITCHELL

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JAMES MITCHELL and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

VIOLATIONS OF SUPERVISED RELEASE

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | MARCH 20, 2008 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at   NO BAIL        By: David Alan Ezra, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 3/20/08<br>Date of Arrest 3/25/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Tony Cole<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>Tony Cole |