# MINUTES

CASE NUMBER:     CR 00-00450DAE

CASE NAME:       USA v. James Mitchell

ATTYS FOR PLA:   Tracy Hino

ATTYS FOR DEFT:  Reginald Minn

USPO:            Carter Lee

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    4/14/2008                TIME:       11:15am-11:50am

COURT ACTION:   EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Allocution by defendant.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   8 MONTHS

Supervised Release:   24 MONTHS

CONDITIONS:

▸    That the defendant shall abide by the standard conditions of supervision.

▸    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸    That the defendant not possess illegal controlled substances (mandatory condition)

▸    That the defendant shall not possess a firearm, ammunition, destructive device, or

any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

  That the defendant shall not possess or consume alcohol for the duration of the supervised release term.

- That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any access to any requested financial information.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

JUDICIAL RECOMMENDATIONS: Terminal Island, CA.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager